UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 31, 2014
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAMON DIAZ,<br><br>Defendant. | Case No. 2:14-mj-00020-KJN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  RAMON DIAZ ,

Case No.  2:14-mj-00020-KJN , from custody for the following reasons:

_____   Release on Personal Recognizance

  X    Bail Posted in the Sum of $ _____

    X    Unsecured Appearance Bond $   75,000.00

_____   Appearance Bond with 10% Deposit

_____   Appearance Bond with Surety

_____   Corporate Surety Bail Bond

  X    (Other):     Pretrial Services conditions

Issued at Sacramento, California on January 31, 2014 at 2:00 p.m.

By: _____

Magistrate Judge Kendall J. Newman